IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00996-RPM

GADECO LLC,

      Plaintiff,

v.

M-I, LLC and SCHLUMBERGER TECHNOLOGY CORPORATION,
d/b/a SCHLUMBERGER WELL SERVICES.

      Defendants.

_____

### ORDER SETTING SCHEDULING CONFERENCE

_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **June 8, 2011, at 11:30 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.    Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on June 2, 2011.**

      The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.   No parties or

representatives of parties will be permitted to attend.

      Dated:  May 9th, 2011

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____

                                 Richard P. Matsch, Senior District Judge