IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:11-cv-00996-RPM

GADECO LLC,

    Plaintiff,

v.

M-I LLC, and
SCHLUMBERGER TECHNOLOGY CORPORATION,

    Defendants.

## ORDER

Upon consideration of the Unopposed Motio for Leave to Amend Complaint [13] filed June 6, 2011, it is

ORDERED as follows

(1) Plaintiff's Motion for Leave to File First Amended Complaint and Jury Demand and Stipulation to Dismiss Motion for Judgment on Pleadings is granted, and the amended complaint is accepted for filing;

(2) M-I LLC is dismissed as a party; and

(3) Schlumberger Technology Corporation should file an Answer or other response to the First Amended Complaint and Jury Demand within 20 days of this Order.

DATED this 8 day of June, 2011.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge