IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 20, 2011
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 11-cv-00996-RPM

GADECO LLC.,                         Roger A. Jatko

      Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,       David A. Tonini
                                                               David B. Wilson

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions to Compel and to Dismiss**

**3:00 p.m.**      **Court in session.**

Court's preliminary remarks.

Statements by Mr. Jatko regarding its motion to dismiss and related litigation.

Argument by Mr. Tonini.
Mr. Tonini states defendant is not opposed to the dismissal but requests attorney fees.

**ORDERED:**    **Motion to Dismiss [28], is granted.**
                  **Case is dismissed.**
                  **Defendant is awarded costs pursuant to Rule 54.**
                  **Defendant shall have 14 days to file its bill of costs.**

                  **Defendant's Motion to Compel [24], is moot.**

**3:05 p.m.**      **Court in recess.**

Hearing concluded. Total time: 5 min.