IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00996-RPM

GADECO LLC,

    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

    Defendants.

---

ORDER FOR DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(2)

---

    Pursuant to the hearing held today on the plaintiff's motion to dismiss, filed September 16, 2011, and after hearing from counsel for the plaintiff and defendant and the defendant having no objection to dismissal under Rule 41(a)(2), excepting for the contention that costs should be awarded and that the defendant should be given an opportunity to present a claim for attorney fees under a Colorado statute and the Court's inherent authority and the Court having determined that the Colorado statute is not applicable in this diversity case because it is a procedural matter, not substantive law and that there is no basis for determining this to be frivolous litigation, it is now

    ORDERED that this civil action is dismissed with prejudice and with an award of costs under Fed.R.Civ.P. 54(d)(1) and without the award of attorney fees under Rule 54(d).

    Dated: September 20th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge